UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
JAMES BENS
01-R-1252

                VS

THE PEOPLE OF THE STATE

-----------------------------------------------X

                ORDER
                CV05-2250     (JG)

A hearing will be held in the captioned case on November 18, 2005 at 9:45 a.m.

The Warden is to have the petitioner available via telephone to participate at this hearing.

Please call Vivian Klein at 718-260-2455 before the scheduled date to set up the hearing.

                SO ORDERED

                s/John Gleeson
                JOHN GLEESON, U.S.D.J.

Dated: October 13, 2005
      Brooklyn, New York